# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| WILLIE MITCHELL TAYLOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:23-cv-00238-ACA-NAD |
| ) | |
| ST. CLAIR COUNTY JAIL, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM OPINION

On March 13, 2023, the magistrate judge notified Plaintiff Willie Mitchell Taylor that his application to proceed *in forma pauperis* was deficient and ordered Mr. Taylor to correct the deficiency within thirty days. (Doc. 3). When Mr. Taylor failed to comply with or otherwise respond to that order, the magistrate judge entered a report on April 21, 2023, recommending that the court dismiss this action for failure to prosecute. (Doc. 4). The magistrate judge advised Mr. Taylor of his right to file objections within fourteen days. (Doc. 4 at 2–3). The deadline for objections has passed without receipt of any objections.

A party's failure to file specific objections waives any challenge to the proposed findings and recommendations. *See* 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1. After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** the

recommendation. Accordingly, the court **WILL DISMISS** this action **WITHOUT PREJUDICE** for failure to prosecute.

The court will enter a separate final order consistent with this opinion.

**DONE** and **ORDERED** this May 22, 2023.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE